DAVID C. BEACH (State Bar No. 226972)
TROY M. HEISMAN (State Bar No. 343572)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-dcb@cpdb.com
         ef-tmh@cpdb.com

Attorneys for Plaintiffs
KEVIN AMINI and MOHSEN VAGHEFI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN AMINI and MOHSEN VAGHEFI,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONWIDE INSURANCE CO., and DOES 1-10,<br><br>    Defendants. | Case No. 2:23-CV-00507-KJM-DB<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Action Filed:    March 16, 2023<br>Trial Date:      None Set |

## RECITALS

WHEREAS on January 25, 2023, Kevin Amini and Mohsen Vaghefi ("Plaintiffs") filed a Complaint against Nationwide Insurance Company in the California Superior Court for the County of Sacramento (the "Superior Court") instituting the action (the "Action").

WHEREAS on March 16, 2023, Defendant Nationwide Mutual Insurance Company ("Nationwide"), filed its Answer in the Superior Court, indicating that it was improperly sued as "Nationwide Insurance Company."

WHEREAS on March 16, 2023, Nationwide removed the Action to the United States District Court, for the Eastern District of California, Sacramento Division

WHEREAS, pursuant to the Scheduling Order entered on July 28, 2023 the deadline to amend pleadings is August 10, 2023.

WHEREAS The parties have met and conferred and hereby stipulate to Plaintiffs filing a First Amended Complaint to correct Defendant's name in caption from "Nationwide Insurance Company" to "Nationwide Mutual Insurance Company."

WHEREAS Nationwide consents to the filing of Plaintiffs' proposed First Amended Complaint, attached hereto as **Exhibit A**.

## STIPULATION

1. Plaintiffs shall file and serve the proposed First Amended Complaint, attached to this Stipulation as **Exhibit A**, within ten (10) days of notice of the entry of this Stipulation and Order. Service on Nationwide may be accomplished via email per the agreement of counsel.

2. Defendant Nationwide Mutual Insurance Company shall not be required to answer the First Amended Complaint, and all denials, responses, and affirmative defenses contained in the Answer to the original Complaint shall be responsive to the First Amended Complaint.

**IT IS SO STIPULATED**.

DATED: August 10, 2023        COBLENTZ PATCH DUFFY & BASS LLP

By:  /s/ *Troy M. Heisman*
TROY M. HEISMAN
Attorneys for Plaintiffs
KEVIN AMINI and MOHSEN VAGHEFI

DATED: August 10, 2023        DENTONS US LLP

By:  /s/ *Emily Nozick*
EMILY NOZICK
Attorneys for Defendants
NATIONWIDE MUTUAL INSURANCE COMPANY

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore, hereby APPROVES the above stipulation and ORDERS that:

1. Plaintiffs Kevin Amini and Mohsen Vaghefi shall file and serve its First Amended Complaint within ten (10) days from notice of the entry of this Stipulation and Order.

2. Defendant Nationwide Mutual Insurance Company shall have thirty (30) days to file a responsive pleading from the date it is served with the First Amended Complaint, but shall not be required to answer the First Amended Complaint, and all denials, responses, and affirmative defenses contained in the Answer to the original Complaint shall be responsive to the First Amended Complaint.

IT IS SO ORDERED.

Dated: August 15, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE