

# United States District Court
# Eastern District of California

| Kevin Amini and Mohsen Vaghefi | Case Number: 2:23-CV-00507-KJM-DB |

Plaintiff(s)

V.

Nationwide Mutual Insurance Company

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Mark Lane Hanover hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Nationwide Mutual Insurance Company

On 07/24/2024 (date), I was admitted to practice and presently in good standing in the Courts of the State of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[X] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Coger v. Nationwide Agribusiness Ins. Co., No. 2:23-cv-02985-TLN-CKD (E.D.Cal.); application filed on December 27, 2023; granted on January 2, 2024

Date: 07/24/2024    Signature of Applicant: /s/ Mark L. Hanover

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Mark Lane Hanover |
| Law Firm Name: | Dentons US LLP |
| Address: | 233 South Wacker Drive |
| | Suite 5900 |
| City: | Chicaco   State: IL   Zip: 60606 |
| Phone Number w/Area Code: | (312) 876-3145 |
| City and State of Residence: | Chicago, Illinois |
| Primary E-mail Address: | mark.hanover@dentons.com |
| Secondary E-mail Address: | esther.izaguirre@dentons.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Sonia Martin |
| Law Firm Name: | Dentons US LLP |
| Address: | 1999 Harrison Street |
| | Suite 1210 |
| City: | Oakland   State: CA   Zip: 94612 |
| Phone Number w/Area Code: | (415) 882-5000   Bar # 191148 |

**ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 25, 2024

*[signature]*
CHIEF UNITED STATES DISTRICT JUDGE

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Mark Lane Hanover

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/04/1993 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 1st day of March, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois