| | |
|---|---|
| SONIA MARTIN (SBN 191148)<br>sonia.martin@dentons.com<br>EMILY S. NOZICK (SBN 201050)<br>emily.nozick@dentons.com<br>DENTONS US LLP<br>1999 Harrison Street, Suite 1210<br>Oakland, California  94612<br>Telephone:    415 882 5000<br>Facsimile:     415 882 0300 | DAVID C. BEACH (State Bar No. 226972)<br>TROY M. HEISMAN (State Bar No. 343572)<br>COBLENTZ PATCH DUFFY & BASS LLP<br>One Montgomery Street, Suite 3000<br>San Francisco, California 94104-5500<br>Telephone: 415.391.4800<br>Facsimile: 415.989.1663<br>Email: ef-dcb@cpdb.com<br>ef-tmh@cpdb.com |
| Attorneys for Defendant<br>NATIONWIDE MUTUAL INSURANCE COMPANY | Attorneys for Plaintiffs<br>KEVIN AMINI and MOHSEN VAGHEFI |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN AMINI and MOHSEN VAGHEFI,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No. 2:23-CV-00507-KJM-DB<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Local Rules 143 and 144, and the Honorable Kimberly J. Mueller's Standing Order, plaintiffs Kevin Amini and Moshen Vaghefi and defendant Nationwide Mutual Insurance Company, by and through their respective counsel of records, stipulate and agree as follows and respectfully request entry of an order giving effect to their stipulation:

WHEREAS, Nationwide filed a Notice of Removal on March 16, 2023 (*See* Dkt. No. 1);

WHEREAS, the parties filed a Joint Status Report on July 13, 2023.  (*See* Dkt. No. 7).  The Joint Status Report proposed the following schedule:

| Event | Deadline |
|---|---|
| Initial disclosures: | August 15, 2023 |
| Non-expert discovery cut-off: | August 22, 2024 |
| FRCP 26(a)(2) expert disclosures: | September 3, 2024 |
| FRCP 26(a)(2) rebuttal disclosures: | October 1, 2024 |
| Dispositive pre-trial motion filing cut-off: | November 1, 2024 |
| Dispositive pre-trial motion hearing cut-off: | December 6, 2024 |
| Pretrial conference statements: | February 18, 2025 |
| Pretrial conference: | March 3, 2025 |
| Trial: | March 17, 2025 |

WHEREAS, the Court issued a text-only scheduling order on July 27, 2023. (*See* Dkt. 11). The deadlines are as follows:

| Event | Deadline |
|---|---|
| Initial disclosures: | August 15, 2023 |
| Non-expert discovery cut-off: | August 22, 2024 |
| FRCP 26(a)(2) expert disclosures: | September 3, 2024 |
| FRCP 26(a)(2) rebuttal disclosures: | October 1, 2024 |
| Expert discovery cut-off | November 5, 2024 |
| Dispositive pre-trial motion filing cut-off: | December 3, 2024 |

WHEREAS, the parties have diligently engaged in written discovery, including, but not limited to: requests for production of documents, requests for admission, interrogatories, negotiating and stipulating to a protective order, supplemental document productions, meeting and conferring to work through multiple discovery disputes without involving the court, and propounding numerous third party subpoenas.

WHEREAS, the parties have scheduled, or plan to schedule, the following depositions:

- Nationwide's 30(b)(6) – July 10, 2024
- Justin Murnane of Nationwide – July 23, 2024

1  • Plaintiff Moshen Vaghefi – September 5, 2024

2  • Plaintiff Kevin Amini (not yet scheduled; dates proposed)

3  • Anthony Tran of Donan Engineering (not yet scheduled; seeking dates)

4  • CapCity Building Inspection, LLC 30(b)(6) (not yet scheduled; seeking dates)

5  • Degenkolb Engineering, 30(b)(6) (not yet scheduled; seeking dates)

6  • Bevier Structural Engineering, 30(b)(6) (not yet scheduled; seeking dates)

WHEREAS, the parties are in the processing of scheduling a site inspection.

WHEREAS, due to working through discovery disputes, the availability of counsel and witnesses, and in light of the upcoming discovery cutoff of August 22, 2024, the parties will need additional time to complete discovery and, in particular, schedule and conduct all necessary depositions;

WHEREAS, pursuant to Local Rule 144(b) and paragraph 9. (C) of the Court's standing order, the Court has not previously modified any deadlines in this case;

WHEREAS, a continuance of the discovery deadlines, and all other case deadlines, is necessary to provide the parties adequate time to complete discovery, to explore potential case resolution and to avoid unproductive proceedings and unnecessary litigation costs;

WHEREAS, the Court has not yet set a pre-trial conference or trial date;

WHEREAS, the parties agree that the interests of judicial economy, efficiency and convenience of the Court and the parties would be furthered by continuing the date in the Scheduling Order (Dkt. 11) by approximately 30 days as follows:

| **Event** | **Original Deadline** | **Proposed Deadline** |
|---|---|---|
| Non-expert discovery cut-off: | August 22, 2024 | September 23, 2024 |
| FRCP 26(a)(2) expert disclosures: | September 3, 2024 | October 3, 2024 |
| FRCP 26(a)(2) rebuttal disclosures: | October 1, 2024 | October 31, 2024 |
| Expert discovery cut-off | November 5, 2024 | December 5, 2024 |

| Dispositive pre-trial motion filing cut-off: | December 3, 2024 | January 31, 2025 |

NOW, THEREFORE, IT IS AGREED AND STIPULATED that:

Good cause exists to continue the deadlines in this matter, set forth in the Court's scheduling order and all other case deadlines by approximately 30 days as set forth in the table above. Alternatively, the parties respectfully request that the Court set a further case management conference at which time new dates may be selected.

The parties respectfully request the Court adopt the foregoing stipulated as the order of the Court.

**IT IS SO STIPULATED.**

Dated:  July 10, 2024                        DENTONS US LLP


By:  ___/s/ Emily Nozick_____
          Emily S. Nozick

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY


Dated:  July 10, 2024                        COBLENTZ PATCH DUFFY & BASS LLP


By:  ___/s/ Troy M. Heisman_____
          Troy M. Heisman

Attorneys for Plaintiffs
KEVIN AMINI and MOHSEN VAGHEFI

## ORDER

Pursuant to the above-stipulation, and for good cause shown, the Court hereby continues the deadlines set forth in the Court's scheduling order and all other case deadlines by approximately 30 days, as follows:

| Event | Original Deadline | Proposed Deadline |
|---|---|---|
| Non-expert discovery cut-off: | August 22, 2024 | September 23, 2024 |
| FRCP 26(a)(2) expert disclosures: | September 3, 2024 | October 3, 2024 |
| FRCP 26(a)(2) rebuttal disclosures: | October 1, 2024 | October 31, 2024 |
| Expert discovery cut-off | November 5, 2024 | December 5, 2024 |
| Dispositive pre-trial motion filing cut-off: | December 3, 2024 | January 31, 2025 |

**IT IS SO ORDERED.**

Dated:  July 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE