DAVID C. BEACH (State Bar No. 226972)
TROY M. HEISMAN (State Bar No. 343572)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:     ef-dcb@cpdb.com
           ef-tmh@cpdb.com

Attorneys for Plaintiffs
KEVIN AMINI and MOHSEN VAGHEFI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN AMINI and MOHSEN VAGHEFI,<br><br>  Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE CO., and DOES 1-10,<br><br>  Defendants. | Case No. 2:23-CV-00507-KJM-SCR<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>Action Filed:   March 16, 2023<br>Trial Date:     None Set |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Local Rules 143 and 144, and the Honorable Kimberly J. Mueller's Standing Order, plaintiffs Kevin Amini and Moshen Vaghefi and defendant Nationwide Mutual Insurance Company, by and through their respective counsel of records, stipulate and agree as follows and respectfully request entry of an order giving effect to their stipulation:

WHEREAS, Nationwide filed a Notice of Removal on March 16, 2023 (*See* Dkt. No. 1);

WHEREAS, the parties filed a Joint Status Report on July 13, 2023. (*See* Dkt. No. 7);

WHEREAS, the Court issued a scheduling Order on July 27, 2023. (*See* Dkt No. 11);

WHEREAS, pursuant to paragraph 9 (C) of this Court's Civil Standing Order, the parties made one prior stipulated request to extend discovery deadlines, which this Court granted. The Court issued an order continuing the case schedule on July 29, 2024. (*See* Dkt No. 21);

.2                                            1                           Case No. 2:23-CV-00507-KJM-SCR
**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

WHEREAS, pursuant to paragraph 9 (A) of this Court's Civil Standing Order the current case schedule is as follows:

| Event | Deadline |
|---|---|
| Non-expert discovery cut-off: | September 23, 2024 |
| FRCP 26(a)(2) expert disclosures: | October 3, 2024 |
| FRCP 26(a)(2) rebuttal disclosures: | October 31, 2024 |
| Expert discovery cut-off | December 5, 2024 |
| Dispositive pre-trial motion filing cut-off: | January 2, 2025 |

WHEREAS, the parties have diligently engaged in written discovery, including, but not limited to: requests for production of documents, requests for admission, interrogatories, and propounding numerous third party subpoenas.

WHEREAS, the parties have completed the following depositions:

- Nationwide Mutual Insurance Company, 30(b)(6) – July 10, 2024
- Justin Murnane of Nationwide Mutual Insurance Company – July 23, 2024
- Anthony Tran of Donan Engineering – August 14, 2024.
- Plaintiff Mohsen Vaghefi – September 5, 2024

WHEREAS, the parties have completed an on-site inspection on August 21, 2024.

WHEREAS, the parties have scheduled the following depositions:

- Degenkolb Engineers, 30(b)(6) – September 10, 2024
- Bevier Structural Engineering, Inc., 30(b)(6) – September 11, 2024
- CapCity Inspection, LLC 30(b)(6) – September 12, 2024
- Cook's Auto Repair, 30(b)(6) – September 17, 2024
- Plaintiff Kevin Amini – September 20, 2024
- Kazemi Construction, 30(b)(6) – September 23, 2024

WHEREAS, during the aforementioned discovery, the Parties discovered the need for additional time to complete further fact discovery.

WHEREAS, good cause exists for the proposed continuance to permit the Parties to complete fact discovery, to explore potential case resolution, to work through discovery disputes without Court involvement, and to avoid unproductive proceedings and unnecessary litigation costs.

WHEREAS, the Court has not yet set a pre-trial conference or trial date.

WHEREAS, the Parties hereby stipulate and agree that the interests of judicial economy, efficiency and convenience of the Court and the parties would be further by continuing the dates of the current schedule (Dkt. 21). The parties therefore request, subject to the Court's approval, that the current schedule shall be continued as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Non-expert discovery cut-off: | September 23, 2024 | November 7, 2024 |
| FRCP 26(a)(2) expert disclosures: | October 3, 2024 | November 18, 2024 |
| FRCP 26(a)(2) rebuttal disclosures: | October 31, 2024 | December 16, 2024 |
| Expert discovery cut-off: | December 5, 2024 | January 20, 2025 |
| Dispositive pre-trial motion filing cut-off: | January 31, 204 | March 18, 2025 |

**IT IS SO STIPULATED.**

DATED:  September 6, 2024              COBLENTZ PATCH DUFFY & BASS LLP


By:  */s/ Troy M. Heisman*
TROY M. HEISMAN
Attorneys for Plaintiffs
KEVIN AMINI and MOHSEN VAGHEFI

1 | DATED: September 6, 2024                    DENTON US LLP

                                            By: */s/ Emily Nozick* (as authorized on September 6, 2024)
                                                SONIA MARTIN
                                                EMILY NOZICK
                                                Attorneys for Defendant
                                                NATIONWIDE MUTUAL INSURANCE COMPANY

**ORDER**

Finding good cause and pursuant to the parties' joint stipulation, the court continues the case deadlines as follows:

| Event | Current Deadline | Deadline |
|---|---|---|
| Non-expert discovery cut-off: | September 23, 2024 | November 7, 2024 |
| FRCP 26(a)(2) expert disclosures: | October 3, 2024 | November 18, 2024 |
| FRCP 26(a)(2) rebuttal disclosures: | October 31, 2024 | December 16, 2024 |
| Expert discovery cut-off: | December 5, 2024 | January 20, 2025 |
| Dispositive pre-trial motion filing cut-off: | January 31, 2025 | March 18, 2025 |

IT IS SO ORDERED.

DATED:   September 10, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE