DAVID C. BEACH (State Bar No. 226972)
TROY M. HEISMAN (State Bar No. 343572)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-dcb@cpdb.com
          ef-tmh@cpdb.com

Attorneys for Plaintiffs
KEVIN AMINI and MOHSEN VAGHEFI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN AMINI and MOHSEN VAGHEFI, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE CO., and DOES 1-10, <br><br> Defendants. | Case No. 2:23-CV-00507-DC-SCR <br><br> **STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO AMEND DISCOVERY RESPONSES** <br><br> Action Filed:   March 16, 2023 <br> Trial Date:     None Set |

Pursuant to Federal Rule of Civil Procedure 36[1] Local Rules 143 and the Honorable Dena Coggins' Standing Order, Plaintiffs Kevin Amini and Moshen Vaghefi and Defendant Nationwide Mutual Insurance Company, by and through their respective counsel of records, stipulate and agree as follows and respectfully request entry of an order giving effect to their stipulation:

---

[1] Per Federal Rule of Civil Procedure, Rule 36, a motion is required to amend or withdraw an "admission." Fed R. Civ. P. 36(b). Plaintiff Mohsen Vaghefi seeks to amend a denial to Nationwide's requests for admission and, therefore, the Parties do not believe that a motion is necessary.

019504.0001 4859-9738-2891.1         1         Case No. 2:23-CV-00507-DC-SCR
**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO AMEND DISCOVERY RESPONSES**

1   WHEREAS, Defendant served its First Set of Requests for Admission on Plaintiffs on July 10, 2024.

2   WHEREAS, Plaintiffs served responses to the Defendant's First Set of Requests for Admission on August 9, 2024.

3   WHEREAS, after service of the response to Defendant's First Set of Requests for Admission, Plaintiffs discovered a transpositional error in Plaintiff Mohsen Vaghefi's Response to Request for Admission No. 38.

4   WHEREAS, Plaintiffs also discovered that Plaintiff Kevin Amini's Response to Request for Admission No. 38 was answered correctly.

5   WHEREAS, Plaintiffs informed Defendant of the error in Plaintiff Mohsen Vaghefi's Response and informed Defendant of their desire to amend Plaintiff Mohsen Vaghefi's Response to Request For Admission No. 38 from "Denied" to "Admitted."

6   WHEREAS, the Parties hereby stipulate and agree, subject to the Court's approval, that Plaintiff Mohsen Vaghefi may amend his response to Defendant's Request for Admission No. 38 from "Denied" to "Admitted."

**IT IS SO STIPULATED.**

DATED:  October 22, 2024          COBLENTZ PATCH DUFFY & BASS LLP

By: _____
DAVID C. BEACH
Attorneys for Plaintiffs
KEVIN AMINI and MOHSEN VAGHEFI

DATED: October 22, 2024           DENTON US LLP

By:  /s/ Emily Nozick
SONIA MARTIN
EMILY NOZICK
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __November 12, 2024__________

Hon. Sean C. Riordan
U.S. Magistrate Judge